## TAYLOR v. SUPERINTENDENT OF THE MARY-LAND CORRECTIONAL INSTITUTION

[App. No. 103, September Term, 1965.]

*Decided April 29, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

The application of Joseph Taylor for leave to appeal from the order denying him post conviction relief from his imprisonment for a series of robberies and larcenies is hereby denied for the reasons stated in the opinion filed by Judge Harlan in the lower court.

*Application denied.*